## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02086-LTB-STV

SHEILA JACKSON,

    Plaintiff,

v.

CAPITAL ONE BANK (USA) N.A.,

    Defendant.

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff Sheila Jackson and Defendant Capital One Bank (USA) N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and Plaintiff expects to file a Stipulation of Dismissal with Prejudice within the next sixty (60) days.

Plaintiff requests the Court to vacate any pending deadlines in this matter. The Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED at Scottsdale, Arizona, this 23rd day of January 2019.

    /s/ *David A. Chami*
    David A. Chami
    Price Law Group, APC
    8245 North 85th Way
    Scottsdale, AZ. 85258
    T: 818-600-5515
    david@pricelawgroup.com
    *Attorneys for Plaintiff Sheila Jackson*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ppeluso@woodrowpeluso.com
Patrick H. Peluso
Woodrow & Peluso, LLC.
Attorneys for Plaintiff Sheila Jackson


megan.farooqui@faegrebd.com
Megan Maureen Farooqui
Faegre Baker Daniels LLP- Boulder
*Attorneys for Defendant Capital One Bank (USA), N.A.*


                                               /s/ Maria Marsceill